**CR 19 560**

SEYBERT, J.

MEMORANDUM TO
THE HONORABLE DORA L. IRIZARRY
CHIEF U.S. DISTRICT JUDGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 26 2019 ★

LONG ISLAND OFFICE

**RE: ABRHAMSON, Katelyn**
**REQUEST FOR ASSIGNMENT OF NEW JUDICIAL OFFICER**

Reference is made to the above individual who was sentenced on September 3, 2019 by the Hon. Mary Geiger Lewis, U.S.D.J for the District of South Carolina. Abrahamson was sentenced to a time served period of incarceration, three years supervised release and a $100 special assessment fee. Special conditions were imposed requiring the offender to participate in outpatient substance abuse treatment and vocational training. This sentence followed Ms. Abrahamson's plea of guilty to Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances (21 USC 841(a)(1), (b)(1)(C) and 846 – a Class C Felony.) The term of supervision commenced in this district on September 3, 2019, due to the offender's residence in Mt. Sinai, NY. The term of supervision is scheduled to terminate on September 2, 2022.

The purpose of this memorandum is to inform that the District of South Carolina has requested that our district accept jurisdiction of this case, as Abrahamson has no community ties to South Carolina. Our office respectfully requests that jurisdiction be accepted in the Eastern District of New York and that the case be assigned to a judicial officer in the Central Islip courthouse.

Respectfully submitted,

Vita Quartara
Acting Chief U.S. Probation Officer

Prepared by:

*Kelly Devine*

Kelly Devine
Sr. U.S. Probation Officer

Approved by:

*Edward Kanaley*

Edward J. Kanaley
Supervisory U.S. Probation Officer

November 22, 2019

KD, CI